154 A.3d 690

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HASAN A. SINGLETON, DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000641-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 690

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FREDERICK COLLAZO (A/K/A FREDRICK COLLAZO, JR., FRANKLIN COLLAZA, FRANKLIN COLLAZZO, JASON COLLAZO), DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000307-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.